1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES C. OSBORNE,

                Plaintiff,

          v.

STEVEN JEWITT et al.,

                Defendants.

CASE NO.  C10-5431RBL/JRC

ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY

     This Civil Rights Action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

     Before the court is defendant's motion to stay discovery in this action pending a decision on their Motion to Dismiss (Motion to Dismiss ECF No. 23).  A Report and Recommendation to dismiss the action is pending.  The motion to stay discovery is therefore GRANTED

     The Clerk of Court is directed to send a copy of this Order to plaintiff.

     DATED this 1st day of December, 2010.

                                                        *J. Richard Creatura* (signature)

                                               J. Richard Creatura
                                             United States Magistrate Judge

ORDER - 1