# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES C. OSBORNE,

               v.

STEVEN JEWITT, et al.,

JUDGMENT IN A CIVIL CASE

No. CV10-5431RBL/JRC

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Defendant's Motion to Dismiss is GRANTED. Defendant Vail is DISMISSED WITH PREJUDICE for lack of personal participation; and

(3) The entire action is DISMISSED WITHOUT PREJUDICE for the failure to exhaust administrative remedies.

    January 7, 2011                                            WILLIAM M. McCOOL
            Date                                                                Clerk

                                                                          *s/ Mary Trent*
                                                                             Deputy Clerk